**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KENNETH WHITE**                                                                                          **PLAINTIFF**

**v.**                                            **4:10-cv-01422-BRW**

**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of November, 2011

/s/Billy Roy Wilson
UNITED STATES DISTRICT. JUDGE